# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| CHARLES A. HAYDEN, JR. | § | |
| | § | CIVIL ACTION NO. 1:16-cv-214 |
| vs. | § | |
| | § | |
| TRINITY RAILCAR REPAIR, INC. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

This case is referred to United States Magistrate Judge Zack Hawthorn for all pretrial matters pursuant to General Order 05-07. The court has received Judge Hawthorn's report (Doc. No. 48), which recommends granting Defendant Trinity Railcar Repair, Inc.'s ("Trinity") "Motion for Summary Judgment" (Doc. No. 33) and dismissing Plaintiff Charles A. Hayden's complaint. Hayden has not filed any objections to the report and recommendation, and the time for so doing has passed. The court's independent *de novo* review of the report and recommendation also concludes that Trinity's motion for summary judgment should be granted. Accordingly, the court **ADOPTS** the Magistrate Judge's report and recommendation, and orders that Hayden's complaint be **DISMISSED**. A final judgment will be entered separately.

So **ORDERED** and **SIGNED** this **21** day of **April, 2017.**

_____
Ron Clark, United States District Judge